NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEONARDO N. DIGIOVANNI,            )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D17-4847
                                   )
FEDERAL NATIONAL MORTGAGE          )
ASSOCIATION, substituted as party  )
plaintiff for BAC Home Loans Servicing, )
L.P.,                              )
                                   )
        Appellee.                  )
_____)

Opinion filed June 28, 2019.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little and
Sandra Taylor, Judges.

Mark P. Stopa of Stopa Law Firm,
Tampa (withdrew after briefing);
Michael Alex Wasylik of Ricardo &
Wasylik, PL, Dade City (substituted as
counsel of record), for Appellant.

Ileen J. Cantor and Ronald M. Gaché
of Shapiro, Fishman & Gaché, LLP, Boca
Raton, for Appellee.


PER CURIAM.

        Affirmed.


BLACK and ROTHSTEIN-YOUAKIM, JJ., and SLOAN, JAMES D., ASSOCIATE
JUDGE, Concur.